IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00613-WYD-MJW

DEBRA MCGREAL,

Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate and Re-Schedule Scheduling/ Planning Conference, filed with the Court on May 24, 2007, Docket Number 13, is GRANTED. The scheduling conference set on May 31, 2007, at 8:30 a.m., is VACATED and RESET on June 26, 2007, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in Word or WordPerfect format and as an attachment to the email) with the subject line containing the case number and "proposed Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   May 29, 2007