IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2007-CV-00613-WYD-MJW

DEBRA MCGREAL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Insurance company and MARCONI TOTAL REWARDS PLAN, BASIC AND OPTIONAL LONG-TERM DISABILITY INSURANCE PLAN, an ERISA welfare benefit plan,

    Defendants.

_____

**ORDER RE: DEFENDANTS' MOTION FOR LEAVE TO ATTEND
SETTLEMENT CONFERENCE BY TELEPHONE
(DN 24)**
_____

It is hereby ORDERED that Defendants' Motion for Leave to Attend Settlement Conference by Telephone, filed with the Court on July 11, 2007, DN 24, is DENIED. All parties shall be present **in person** for the settlement conference.

                                   BY THE COURT:

Dated: July 13, 2007                      s/Michael J. Watanabe
                                          MICHAEL J. WATANABE
                                          US Magistrate Judge