IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2007-CV-00613-WYD-MJW

DEBRA MCGREAL,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Insurance
company and MARCONI TOTAL REWARDS PLAN, BASIC AND OPTIONAL
LONG-TERM DISABILITY INSURANCE PLAN, an ERISA welfare benefit plan,

     Defendants.

---

## ORDER RE: DEFENDANTS' UNOPPOSED SECOND MOTION FOR LEAVE
## TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE
## AND IN THE ALTERNATIVE TO RESCHEDULE THE
## SETTLEMENT CONFERENCE
## (DN 27)

---

It is hereby ORDERED that Defendants' Unopposed Second Motion for Leave to

Attend Settlement Conference by Telephone, DN 27, is GRANTED. Defendants'

representative, Annie Hong, is permitted to appear by telephone at the July 20, 2007

Settlement Conference. The Court's phone number is (303) 844-2403. Counsel shall

make the appropriate arrangements to ensure Ms. Hong's availability by phone.

BY THE COURT:

S/Michael J. Watanabe    7/19/07
MICHAEL J. WATANABE
US Magistrate Judge

1