IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00613-WYD-MJW

DEBRA McGREAL,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania insurance company; and
MARCONI TOTAL REWARDS PLAN, BASIC AND OPTIONAL LONG-TERM DISABILITY INSURANCE PLAN, an ERISA welfare benefit plan,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Plaintiff's Motion for Summary Adjudication Regarding the Appropriate Standard of Review (filed pursuant to Fed. R. Civ. P. 56) is stricken with leave to refile in compliance with Section III.B.3 of this Court's Practice Standards.  The exhibits need not be resubmitted.

     Dated:  July 19, 2007