IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00613-WYD-MJW

DEBRA McGREAL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania insurance company; and
MARCONI TOTAL REWARDS PLAN, BASIC AND OPTIONAL LONG-TERM DISABILITY INSURANCE PLAN, an ERISA welfare benefit plan,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed August 3, 2007).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

    ORDERED that the Stipulation of Dismissal with Prejudice [Docket # 33] is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

    Dated:  August 8, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge